# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KYLE ANDREW BUTLER, #02289799 § | |
| § | Civil Action No.  4:20-CV-600 |
| v. § | (Judge Schell/Judge Nowak) |
| § | |
| RONALD WESLEY TIDWELL, ET AL. § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636 (Dkt. 5).  On June 29, 2021, the report and recommendation of the Magistrate Judge was entered (Dkt. #20), containing proposed findings of fact and recommendations that *pro se* Plaintiff Kyle Andrew Butler's suit should be dismissed under 28 U.S.C. §§ 1915A and 1915(e).  Having received the report of the Magistrate Judge, and no objections thereto having been timely filed to this report and recommendation, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is therefore **ORDERED** that *pro se* Plaintiff Kyle Andrew Butler's lawsuit and his claims against Defendants are **DISMISSED** as set forth in the report and recommendation.

**IT IS SO ORDERED**.

SIGNED this the 1st day of September, 2021.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE